UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| STEPHEN HEFFENTRAGER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 1:04-CV-326 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**JUDGMENT ON DECISION BY THE COURT**

This case came before the Court on the § 2255 motion filed by Petitioner Stephen Heffentrager. The Honorable Curtis L. Collier, Chief United States District Judge, having rendered a decision on the Petitioner's motion,

It is **ORDERED and ADJUDGED** that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at *Chattanooga, Tennessee*, this ____ day of May, 2006.

  /s/ Patricia L. McNutt
PATRICIA L. McNUTT
CLERK OF COURT